# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| SERGEI KOVALEV, | : No. 165 EAL 2020 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| BORIS RUBINSTEIN, DMD, GRACE WOO, | : |
| DMD, YES DENTAL, P.C., HEALTH | : |
| PARTNERS PLANS, INC., WILLIAM S. | : |
| GEORGE, AVESIS, INC. AND CHRIS | : |
| SWANKER, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.